01
02
03
04
05
06                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                 AT SEATTLE

08  ANDREW STEVEN GRAY,                )
                                       )
09          Petitioner,                )   CASE NO.   C10-2045-MJP-MAT
                                       )
10      v.                             )
                                       )   ORDER GRANTING
11  MARIAN FEATHERS, *et al*.          )   RESPONDENTS' MOTION FOR
                                       )   EXTENSION OF TIME
12          Respondent.                )
    _____)
13

14       This is a federal habeas action brought under 28 U.S.C. § 2241.   Petitioner asserts in his

15  federal habeas petition that the United States Bureau of Prisons has violated his rights to due

16  process and equal protection by denying him early release for successful completion of the

17  Residential Drug and Alcohol Program.   On March 1, 2011, respondents filed an answer to the

18  petition in which they argued that the petition should be denied because petitioner failed to

19  exhaust his administrative remedies.   (Dkt. No. 10.)

20       On May 9, 2011, petitioner filed a response to respondents' answer in which he argues

21  that he did attempt to exhaust his remedies but was frustrated in his attempt to do so while at

22  FDS Sea-Tac.   (Dkt. No. 14.)   He further argues that after he was transferred to FDC

ORDER GRANTING RESPONDENTS'
MOTION FOR EXTENSION OF TIME
PAGE - 1

01 Sheridan, he was advised by the drug treatment coordinator there that it would be futile for him
02 to exhaust his administrative remedies.   (Dkt. No. 14.)

03      Respondents now move for an extension of the deadline to file a reply brief to allow
04 them time to investigate petitioner's allegations regarding his efforts to exhaust.   (Dkt. No.
05 15.)   While respondents' motion is not noted on the Court's calendar for consideration until
06 May 27, 2011, a review of the parties' briefs makes clear that the information being sought be
07 respondents is necessary in order for the Court to address the exhaustion arguments raised by
08 the parties.   In this instance, it would serve no purpose to wait until the designated noting date
09 to rule on respondents' pending motion.

10      Based on the foregoing, the Court does hereby ORDER as follows:

11      (1)   Respondents' motion for a two-week extension to file a reply brief (Dkt. No. 15)
12 is GRANTED.   Respondent is directed to file and serve a reply brief not later than ***May 27,***
13 ***2011***.

14      (2)   Petitioner's federal habeas petition is RE-NOTED on the Court's calendar for
15 consideration on ***May 27, 2011***.

16      (3)   The Clerk shall direct copies of this Order to petitioner, to counsel for
17 respondent, and to the Honorable Marsha J. Pechman.

18      DATED this <u>17th</u> day of May, 2011.

19

20                                             Mary Alice Theiler
21                                             United States Magistrate Judge

22