UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW STEVEN GRAY,                )
                                    )
         Petitioner,                ) CASE NO.  C10-2045-MJP-MAT
                                    )
    v.                              )
                                    )
MARIAN FEATHERS, *et al*.           ) ORDER DIRECTING RESPONDENTS
                                    ) TO FILE ANSWER ADDRESSING
         Respondents.               ) MERITS
_____ )

This is a federal habeas action brought under 28 U.S.C. § 2241. On July 20, 2011, this Court issued an Order directing the parties to show cause why this action should not be stayed pending resolution of petitioner's final administrative appeal. (Dkt. No. 21.) The parties filed timely responses to the Order to Show Cause in which they agreed that staying this matter was an appropriate course of action. (Dkt. Nos. 22 and 23.) On August 23, 2011, before this action could be stayed, respondents notified the Court that the Bureau of Prisons Central Office had issued a final decision denying petitioner's appeal. (Dkt. No. 24.) Respondents, at that time, requested an additional thirty days to file a return addressing the merits of petitioner's habeas petition. (Dkt. No. 24.) While petitioner has asked the Court to proceed to resolution

ORDER DIRECTING RESPONDENTS
TO FILE ANSWER - 1

of the petition without any additional briefing (*see* Dkt. No. 25), the Court deems it necessary to obtain briefing on the merits prior to ruling on the petition.

Accordingly, the Court does hereby ORDER as follows:

(1) Respondents shall file and serve an answer addressing the merits of petitioner's federal habeas petition not later than *September 23, 2011*.

(2) Petitioner may file and serve a response to respondents' answer not later than *October 11, 2011*.

(3) Petitioner's federal habeas petition is RENOTED on the Court's calendar for consideration on *October 14, 2011*. Respondents must file any reply brief by that date.

(4) The Clerk shall direct copies of this Order to petitioner, to counsel for respondents, and to the Honorable Marsha J. Pechman.

DATED this 6th day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING RESPONDENTS
TO FILE ANSWER - 2