UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW STEVEN GRAY,

    Petitioner,

v.

MARION FEATHER,

    Respondent.

CASE NO. C10-2045-MJP

ORDER DENYING PETITION UNDER 28 U.S.C. § 2241

The Court, having reviewed petitioner's petition under 28 U.S.C. § 2241, the briefing of the parties, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, the objections to the Report and Recommendation (Dkt. Nos. 35, 36, 37, and 38), and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's petition under § 2255 (Dkt. No. 8) is DENIED and this action is DISMISSED with prejudice;

(3)     Petitioner's motion for summary judgment (Dkt. No. 27) is DENIED;

(4)     Petitioner's motion to set aside his conviction under 18 U.S.C. § 922(g) (Dkt.

01           No. 33) is STRICKEN; and

02     (5)     The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 6th day of March 2012.

Marsha J. Pechman
United States District Judge